**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| CARY TOWER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CASE NO. 4:05cv302 |
| CITY OF DENTON, KATHY DUBOSE, | § | |
| DIANA ORTIZ, and CARLA ROMINE, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On September 12, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Strike Plaintiff's Pleadings be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.  Therefore, Defendants' Motion to Strike Plaintiff's Pleadings (Dkt. 64) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this 28th day of September, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE